**Subject:** Supplemental Filing – Verified Affidavit in Support of TRO

Clerk's Office - U.S. District Court for the District of Colorado
Alfred A. Arraj United States Courthouse
901 19th Street, Room A105
Denver, CO 80294-3589

**FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO**
*11:14 am, Mar 19, 2025*
**JEFFREY P. COLWELL, CLERK**

Dear Clerk,

I am a pro se litigant and am submitting a Verified Affidavit in Support of my TRO motion that was overnighted to the court on March 17, 2025. I do not yet have a case number assigned and do not have access to the online filing system.

Please find attached my Verified Affidavit in Support of TRO, which ensures compliance with FRCP 65(b). I respectfully request that this be filed as a supplement to my TRO motion.

If you need any additional information, please let me know. I appreciate your time and assistance.

Best regards,

*Sarah Grissom* (signature)

Sarah Grissom
6 Quail Run Dr.
Charleston, IL 61920
217-345-0615

Grissomsarah22@gmail.com

UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Grissom v. Baldwin County, Alabama, et. al.

## PLAINTIFF'S VERIFIED AFFIDAVIT IN SUPPORT OF TRO

I, Sarah Grissom, declare under penalty of perjury that the following statements are true to the best of my knowledge and belief:

1. I am the Plaintiff in this case and have personal knowledge of the facts stated herein.
2. I filed a Temporary Restraining Order (TRO) motion on March 14, 2025 seeking immediate relief from unconstitutional actions taken against me in Baldwin County, Alabama.
3. The facts and allegations stated in my TRO motion are true and correct.
4. I respectfully submit this affidavit to comply with Federal Rule of Civil Procedure 65(b) and to verify the statements made in my motion.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on March 18, 2025,

*Sarah Grissom*

Sarah Grissom
6 Quail Run Drive
Charleston, IL 61920

Grissomsarah22@gmail.com