

USPS Priority Mail Express envelope

**FROM:** Grissom, Sarah
5336 Bay Drive
Orange Beach AL 36561
PHONE (303) 927-9123

**TO:** Clerk of Court
Alfred A. Arraj
United States Courthouse  901 19th St.
Room A-105
Denver, Colorado
ZIP: 90294-3589

Label: ER 158 071 808 US
Postage: $67.15
Date: MAR 17, 2025
Orange Beach, AL 36561

Origin ZIP: 36531
Scheduled Delivery: 3-18-25, 6:00 PM
Date Accepted: 3-17-25
Time Accepted: 11:41 AM
Weight: 2 lbs 7 oz

Handwritten: 44



