Page 1 of 5

AO 239 (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

# UNITED STATES DISTRICT COURT
for the
District of Colorado ▼

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 19 2025

JEFFREY P. COLWELL
CLERK

| Sarah Grissom | ) |
|---|---|
| *Plaintiff/Petitioner* | ) |
| v. | ) Civil Action No. To be Assigned |
| John Grissom, Joshua Kesling, Jason Spry, et. al. | ) |
| *Defendant/Respondent* | ) |

**APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS**
(Long Form)

**Affidavit in Support of the Application**

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested. I declare under penalty of perjury that the information below is true and understand that a false statement may result in a dismissal of my claims.

Signed: *Sarah Grissom*

**Instructions**

Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.

Date: ~~02/24/2025~~ 3-13-2025

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly income amount during the past 12 months | | Income amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Self-employment | $ 1,250.00 | $ 0.00 | $ 1,250.00 | $ 0.00 |
| Income from real property *(such as rental income)* | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Interest and dividends | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Gifts | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Alimony | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Child support | $ 1,900.00 | $ 0.00 | $ 1,900.00 | $ 0.00 |

AO 239 (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

| | | | | |
|---|---|---|---|---|
| Retirement (such as social security, pensions, annuities, insurance) | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Disability (such as social security, insurance payments) | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Unemployment payments | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Public-assistance (such as welfare) | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Other (specify): | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| **Total monthly income:** | $ 3,150.00 | $ 0.00 | $ 3,150.00 | $ 0.00 |

2. List your employment history for the past two years, most recent employer first. *(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| Tiki Island Boutique | 25753 Canal Road, Orange Beach AL | March 2023-January 2024 | $ 1,000.00 |
| none | n/a | n/a | $ n/a |

3. List your spouse's employment history for the past two years, most recent employer first. *(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| n/a | n/a | n/a | $ n/a |
| n/a | n/a | n/a | $ n/a |
| n/a | n/a | n/a | $ n/a |

4. How much cash do you and your spouse have? $ 0.00

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial institution | Type of account | Amount you have | Amount your spouse has |
|---|---|---|---|
| Navy Federal Credit Union | Checking | $ 291.00 | $ 0.00 |
| Navy Federal Credit Union | Savings | $ 796.00 | $ 0.00 |
| n/a | n/a | $ n/a | $ n/a |

If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

Page 3 of 5

AO 239 (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

5. List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

| Assets owned by you or your spouse | |
|---|---|
| Home (Value) | $ 0.00 |
| Other real estate (Value) | $ 0.00 |
| Motor vehicle #1 (Value) | $ 15,000.00 |
| Make and year: Volkswagon | |
| Model: Tiguan | |
| Registration #: unknown | |
| Motor vehicle #2 (Value) | $ 0.00 |
| Make and year: | |
| Model: | |
| Registration #: | |
| Other assets (Value) | $ 0.00 |
| Other assets (Value) | $ 0.00 |

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| 0 | $ 0.00 | $ 0.00 |
| 0 | $ 0.00 | $ 0.00 |
| 0 | $ 0.00 | $ 0.00 |

7. State the persons who rely on you or your spouse for support.

| Name (or, if under 18, initials only) | Relationship | Age |
|---|---|---|
| G.G. | daughter | 13 |
| H.G. | son | 10 |
| W.G., J.G. | sons (2) | 8, 7 |

AO 239  (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

|  | You | Your spouse |
|---|---|---|
| Rent or home-mortgage payment *(including lot rented for mobile home)* <br> Are real estate taxes included?  ☑ Yes  ☐ No <br> Is property insurance included?  ☑ Yes  ☐ No | $ 2,000.00 | $ 0.00 |
| Utilities *(electricity, heating fuel, water, sewer, and telephone)* | $ 400.00 | $ 0.00 |
| Home maintenance *(repairs and upkeep)* | $ 150.00 | $ 0.00 |
| Food | $ 800.00 | $ 0.00 |
| Clothing | $ 100.00 | $ 0.00 |
| Laundry and dry-cleaning | $ 50.00 | $ 0.00 |
| Medical and dental expenses | $ 50.00 | $ 0.00 |
| Transportation *(not including motor vehicle payments)* | $ 150.00 | $ 0.00 |
| Recreation, entertainment, newspapers, magazines, etc. | $ 100.00 | $ 0.00 |
| Insurance *(not deducted from wages or included in mortgage payments)* |  |  |
|     Homeowner's or renter's: | $ 0.00 | $ n/a |
|     Life: | $ 0.00 | $ n/a |
|     Health:           dental | $ 45.00 | $ n/a |
|     Motor vehicle:    geico | $ 120.00 | $ n/a |
|     Other:            storage | $ 155.00 | $ n/a |
| Taxes *(not deducted from wages or included in mortgage payments) (specify)*: | $ n/a | $ n/a |
| Installment payments |  |  |
|     Motor vehicle: | $ 0.00 | $ n/a |
|     Credit card *(name)*:   MasterCard | $ 250.00 | $ n/a |
|     Department store *(name)*: | $ 0.00 | $ n/a |
|     Other:           s | $ n/a | $ n/a |
| Alimony, maintenance, and support paid to others | $ none | $ none |

AO 239 (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

| | | |
|---|---|---|
| Regular expenses for operation of business, profession, or farm *(attach detailed statement)* | $ 0.00 | $ 0.00 |
| Other *(specify)*: | $ 0.00 | $ 0.00 |
| **Total monthly expenses:** | $ 4,370.00 | $ 0.00 |

9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

    ☐ Yes    ☑ No    If yes, describe on an attached sheet.

10. Have you spent — or will you be spending — any money for expenses or attorney fees in conjunction with this lawsuit?    ☑ Yes    ☐ No

    If yes, how much?  $ 500 preparing, supplies. Unknown how much future representation will amount to.

11. Provide any other information that will help explain why you cannot pay the costs of these proceedings.
    Currently a single mother to four minor children. Living in an area lacking vocational opportunities. Forced to excessive litigation by defendants further restricting earning ability. My degree is in counseling however I no longer have an active license to counsel and am unable to ethically provide services at this time due to PTSD, which is caused by and exacerbated by defendants.

12. Identify the city and state of your legal residence.
    Orange Beavh, Alabama, have repeatedly reqested permission to relocate back to Denver metro ara.

    Your daytime phone number:    (217) 345-0615

    Your age:   41    Your years of schooling:   18

UNITED STATES DISTRICT COURT, DISTRICT OF COLORADO

PLAINTIFF'S MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS

SARAH GRISSOM, individually and on behalf of her minor children,
Plaintiff,

v.

JOHN THOMAS GRISSOM, JOSHUA GENE KESLING, KESLING LAW, JUDGE WILLIAM SCULLY JR., OFFICIAL CAPACITY, JACK CARNEY, JASON SPRY, CITY OF ORANGE BEACH, and other unknown actors, Defendants.

Case No.: TBD _____

Filed by: Sarah Grissom, pro se

UNITED STATES DISTRICT COURT

DISTRICT OF COLORADO

SARAH GRISSOM,
Plaintiff,
v.
JOHN THOMAS GRISSOM, JOSHUA GENE KESLING, et al.,
Defendants.

Case No.: _____ (to be assigned)

## PLAINTIFF'S MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS

COMES NOW, Plaintiff Sarah Grissom, pro se, and respectfully moves this Court for leave to proceed in forma pauperis (IFP) pursuant to 28 U.S.C. § 1915, waiving all filing fees and costs due to financial hardship. In support, Plaintiff states the following:

1. Plaintiff has completed and attached the Colorado District Court's Long Form Affidavit demonstrating financial inability to pay the required filing fees.

2. Under 28 U.S.C. § 1915(a)(1), a litigant who cannot afford court fees may proceed without prepayment if they submit an affidavit detailing their financial circumstances.

3. Plaintiff is currently experiencing extreme financial hardship due to the defendants' actions, including economic abuse, fraudulent legal tactics, and systemic due process violations.

4. Plaintiff has no legal counsel and is litigating this matter pro se, further necessitating a fee waiver.

5. Granting IFP status is essential to ensure access to justice in light of constitutional violations raised in this case, including claims under 42 U.S.C. § 1983 and the Violence Against Women Act (VAWA), 34 U.S.C. § 12291 et seq.

WHEREFORE, Plaintiff respectfully requests that this Honorable Court grant leave to proceed in forma pauperis and waive all filing fees and related costs associated with this action.

Respectfully submitted,

*Sarah Grissom*

Sarah Grissom
6 Quail Run Dr., Charleston, IL 61920
217-345-0615
grissomsarah22@gmail.com
Pro Se Plaintiff

3-13-2025