USPS Priority Mail Express envelope

**From:**
Grissom, Sarah
5336 Bay Drive
Orange Beach, AL 36561
Phone: (303) 921-9123

**To:**
Clerk of Court
Alfred A. Arraj
United States Courthouse
901 19th St.
Room A-105
Denver, Colorado
90294-3589

Label: ER 158 071 808 US
Postage: $67.15
Date Accepted: 3-17-25
Time Accepted: 11:41 AM
Weight: 2 lbs
Scheduled Delivery Date: 3-18-25 6:00 PM

UNITED STATES POSTAL SERVICE®

PRIORITY MAIL EXPRESS®

MAILING ENVELOPE
FOR DOMESTIC AND INTERNATIONAL USE

To schedule free Package Pickup, scan the QR code.

USPS.COM/PICKUP

GUARANTEED* ■ TRACKED ■ INSURED


PS10000132900
EP13C July 2022
OD: 15 x 11.625

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE