UNITED STATES DISTRICT COURT, DISTRICT OF COLORADO

PLAINTIFF'S MOTION FOR ADA ACCOMMODATIONS PURSUANT TO 42 U.S.C. § 12101 et seq.

SARAH GRISSOM, individually and on behalf of her minor children,
Plaintiff,

v.

JOHN THOMAS GRISSOM, JOSHUA GENE KESLING, KESLING LAW, JUDGE WILLIAM SCULLY JR., OFFICIAL CAPACITY, JACK CARNEY, JASON SPRY, CITY OF ORANGE BEACH, and other unknown actors, Defendants.

Case No.: TBD _____

Filed by: Sarah Grissom, pro se

UNITED STATES DISTRICT COURT

DISTRICT OF COLORADO

SARAH GRISSOM,
Plaintiff,
v.

JOHN THOMAS GRISSOM, JOSHUA GENE KESLING, et al.,
Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 19 2025

JEFFREY P. COLWELL
CLERK

Case No.: _____ (to be assigned)

PLAINTIFF'S MOTION FOR ADA ACCOMMODATIONS PURSUANT TO 42 U.S.C. § 12101 et seq.

COMES NOW, Plaintiff Sarah Grissom, pro se, and respectfully moves this Honorable Court for reasonable accommodations under the Americans with Disabilities Act (ADA), 42 U.S.C. § 12101 et seq., and Section 504 of the Rehabilitation Act, 29 U.S.C. § 794. In support, Plaintiff states the following:

1. Plaintiff is a survivor of domestic violence and severe PTSD, directly caused by the named defendants in this case.

2. Plaintiff's PTSD, anxiety, and trauma-related impairments substantially limit major life activities, including verbal communication under stress, in-person court appearances, and exposure to defendants in legal proceedings.

3. Under Title II of the ADA, courts are required to provide reasonable modifications to ensure equal access to judicial proceedings.

4. Plaintiff requests the following accommodations to ensure equal access:
   - Permission to submit written arguments instead of oral argument.
   - Permission to appear via video conference (if an appearance is required) rather than in-person hearings, to minimize exposure to PTSD triggers.

5. These accommodations are reasonable and necessary to allow Plaintiff to meaningfully participate in this case without exacerbating her PTSD.

6. Courts have consistently recognized that PTSD qualifies as a disability under the ADA (McGary v. City of Portland, 386 F.3d 1259, 1264 (9th Cir. 2004)) and that survivors of trauma are entitled to accommodations that prevent re-traumatization (Doe v. District of Columbia, 796 F.3d 96 (D.C. Cir. 2015)).

WHEREFORE, Plaintiff respectfully requests that this Honorable Court grant reasonable ADA accommodations, including:

- The ability to submit written arguments in lieu of oral presentations.
- The ability to appear via video conference rather than in-person if an appearance is necessary.

Respectfully submitted,

*Sarah Grissom*

Sarah Grissom
6 Quail Run Dr., Charleston, IL 61920
217-345-0615
grissomsarah22@gmail.com
Pro Se Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR COLORADO

PLAINTIFF: Sarah Grissom
DEFENDANTS: Jason Spry, Joshua Kesling, John Grissom, Judge Wiilliam Scully Jr., et al.
CASE NO.: _____ To be Assigned

## ADDENDUM TO ADA REQUEST FOR REASONABLE ACCOMMODATIONS

Plaintiff, Sarah Grissom, respectfully requests that the Temporary Restraining Order (TRO) be extended to 28 days instead of the standard 14 days to allow Plaintiff adequate time to prepare for the preliminary injunction hearing while ensuring meaningful access to the court process under the Americans with Disabilities Act (ADA), 42 U.S.C. § 12101 et seq.

This extension is necessary because:

1. Pending ADA Accommodations – Plaintiff has submitted this request for accommodations, and additional time is needed for the Court to process and implement the requested modifications.

2. Complexity of Case – Plaintiff is pro se and navigating significant constitutional claims, requiring additional time to prepare a strong argument for the preliminary injunction.

3. Preventing Irreparable Harm – Without the 28-day extension, Plaintiff risks being forced into an unconstitutional state court proceeding before this Court has time to consider and rule on the federal issues raised.

For these reasons, Plaintiff respectfully requests that if the TRO is granted, it remain in effect for 28 days to ensure due process and fair access to the federal court system.

Respectfully submitted,

*Sarah Grissom*

Sarah Grissom
grissomsarah22@gmail.com
217-345-0615
Dated: 3-13-2025