**USPS Priority Mail Express Envelope**

FROM:
Grissom, Sarah
5336 Bay Drive
Orange Beach, AL 36561
PHONE (303) 921-9123

TO:
Clerk of Court
Alfred A. Arraj
United States Courthouse
901 19th St.
Room A-105
Denver, Colorado

ZIP: 90294-3589

Postage: $67.15
Date: MAR 17, 2025
PME, Orange Beach, AL 36561
Label: S2324M503456-99
Tracking: ER 158 071 808 US

Origin ZIP: 36531
Date Accepted: 3-17-25
Time Accepted: 11:41 AM
Weight: 2 lbs 7 oz
Scheduled Delivery Date: 3-18-25
Scheduled Delivery Time: 6:00 PM
Postage: $67.15
Total Postage & Fees: $67.15

Handwritten: 44


