UNITED STATES DISTRICT COURT, DISTRICT OF COLORADO

<u>PLAINTIFF'S MOTION FOR SERVICE BY U.S. MARSHALS PURSUANT TO 28 U.S.C. § 1915(d)</u>

SARAH GRISSOM, individually and on behalf of her minor children,
Plaintiff,

v.

JOHN THOMAS GRISSOM, JOSHUA GENE KESLING, KESLING LAW, JUDGE WILLIAM SCULLY JR., OFFICIAL CAPACITY, JACK CARNEY, JASON SPRY, CITY OF ORANGE BEACH, and other unknown actors, Defendants.

Case No.: TBD _____

Filed by: Sarah Grissom, pro se

UNITED STATES DISTRICT COURT

DISTRICT OF COLORADO

SARAH GRISSOM,
Plaintiff,
v.
JOHN THOMAS GRISSOM, JOSHUA GENE KESLING, et al.,
Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 19 2025

JEFFREY P. COLWELL
CLERK

Case No.: _____ (to be assigned)

### PLAINTIFF'S MOTION FOR SERVICE BY U.S. MARSHALS PURSUANT TO 28 U.S.C. § 1915(d)

COMES NOW, Plaintiff Sarah Grissom, pro se, and respectfully requests that this Court direct the United States Marshals Service to serve process upon the defendants in this case pursuant to 28 U.S.C. § 1915(d). In support, Plaintiff states the following:

1. Plaintiff has submitted an Affidavit of Financial Status and a Motion for Leave to Proceed In Forma Pauperis (IFP) under 28 U.S.C. § 1915.

2. Under 28 U.S.C. § 1915(d), an IFP litigant is entitled to service of process by the U.S. Marshals at no cost.

3. Plaintiff, proceeding pro se, does not have the financial means to retain a process server to serve defendants.

4. The defendants include private individuals and public officials, and service via the U.S. Marshals will ensure proper execution of service in compliance with Rule 4 of the Federal Rules of Civil Procedure.

5. Plaintiff has attached completed USM-285 forms with the last known addresses of each defendant for service.

WHEREFORE, Plaintiff respectfully requests that this Honorable Court order the U.S. Marshals Service to serve all defendants named in this action and permit Plaintiff to proceed with service at no cost.

Respectfully submitted,

*Sarah Grissom*

Sarah Grissom
6 Quail Run Dr., Charleston, IL 61920
217-345-0615
grissomsarah22@gmail.com
Pro Se Plaintiff

Sarah Grissom
6 Quail Run Drive
Charleston, IL 61920
303-927-9123 (please keep confidential)
grissomsarah22@gmail.com

March 13, 2025

Clerk of Court
Alfred A. Arraj United States Courthouse
Room A-105
901 19th Street
Denver, Colorado, 80294-3589

RE: Request for U.S. Marshals Service – Case No. To Be Assigned

Dear Clerk of Court,

I am submitting the enclosed Motion for Temporary Restraining Order (TRO) along with supporting documents. I have been granted in forma pauperis (IFP) status, and I respectfully request that the U.S. Marshals Service serve the defendants in this case pursuant to 28 U.S.C. § 1915(d).

I have included individual service packets for each defendant, containing:

1. A completed USM-285 form
2. A copy of the Summons
3. A copy of the TRO motion and supporting documents
4. Any other necessary court orders

Each service packet is enclosed in an unsealed envelope labeled with the respective defendant's name and service address.

Please forward these documents to the U.S. Marshals Service for processing. If any additional steps are required, please inform me at your earliest convenience.

Thank you for your assistance.

Sincerely,

*Sarah Grissom* (signature)
Sarah Grissom