

**PRIORITY MAIL EXPRESS**

U.S. POSTAGE PAID
PME
ORANGE BEACH, AL 36561
MAR 17, 2025
**$67.15**
S2324M503456-99

RDC 07

80294

**FROM:** (PLEASE PRINT)   PHONE (303) 921-9123
Grissom, Sarah
5334 Bay Drive
Orange Beach AL 34561

**TO:** (PLEASE PRINT)   PHONE (303) 944-3133
Clerk of Court
Alfred A. Arraj
United States Courthouse   901 19th St.
Room A-105
Denver, Colorado

ZIP + 4® (U.S. ADDRESSES ONLY)
8 0 2 9 4 - 3 5 8 9

ER 158 071 808 US

**PAYMENT BY ACCOUNT** (if applicable)
Federal Agency Acct. No. or Postal Service™ Acct. No.

**ORIGIN** (POSTAL SERVICE USE ONLY)
PO ZIP Code: 36531
Date Accepted (MM/DD/YY): 3-17-25
Time Accepted: 11:41 AM
Weight: 2 lbs 7 oz   Flat Rate
Scheduled Delivery Date: 3-18-25
Scheduled Delivery Time: 6:00 PM
☐ DPO  ☐ Military
Postage: $67.15
Insurance Fee:
Return Receipt Fee:
Total Postage & Fees: $67.15

Employee Signature: TR

44

EP13C July 2022
OD: 15 x 11.625



