IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-00895-RTG
(**The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.**)

SARAH GRISSOM, individually and on behalf of her minor children,

    Plaintiff,

v.

JOHN THOMAS GRISSOM,
JOSHUA GENE KESLING,
KESLING LAW,
JUDGE WILLIAM SCULLY JR.,
JACK CARNEY,
JASON SPRY,
CITY OF ORANGE BEACH, BALDWIN COUNTY, ALABAMA, and
BALDWIN COUNTY SHERIFF ANTHONY LOWERY,

    Defendants.

---

## ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES

---

Plaintiff Sarah Grissom resides in Orange Beach, Alabama. She has filed *pro se* an "Emergency Ex Parte Motion for Temporary Restraining Order and Immediate Transfer Pursuant to the UCCJEA" (ECF No. 1)[1], Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) (ECF No. 2), "Motion for ADA Accommodations Pursuant to 42 U.S.C. § 12101 et seq." (ECF No. 3), and "Motion for

---

[1] "(ECF No. 1)" is an example of the convention used to identify the docket number assigned to a specific filing by the court's Case Management/Electronic Case Files (CM/ECF) system. The convention is used throughout this order.

Service by U.S. Marshals Pursuant to 28 U.S.C. § 1915(d)" (ECF No. 4). Accordingly, this civil action was opened.

As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(a), the Court has determined that one or more filings is deficient as described in this order. Plaintiff will be directed to cure the following to pursue any claims in this action. Any papers that Plaintiff files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1) __   is not submitted
(2) __   is missing affidavit
(3) __   is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4) __   is missing certificate showing current balance in prison account
(5) __   is missing required financial information
(6) __   is missing authorization to calculate and disburse filing fee payments
(7) __   is missing an original signature by the prisoner
(8) __   is not on proper form (must use the court's current form)
(9) __   names in caption do not match names in caption of complaint, petition or habeas application
(10) __  other:

**Complaint, Petition or Application**:
**(11) X   is not submitted**
         Prisoner Complaint
**(12) X   is not on proper form: Plaintiff must use a current court-approved Complaint form.**
(13) __  is missing an original signature by the prisoner
(14) __  is missing page nos.
(15) __  uses et al. instead of listing all parties in caption
(16) __  names in caption do not match names in text
(17) __  addresses must be provided for all parties
(18) __  other:

Plaintiff may contact the Federal Pro Se Clinic at (303) 824-5395 or

https://www.cobar.org/cofederalproseclinic for possible assistance in this matter.

Accordingly, it is

2

ORDERED that Plaintiff cure the deficiencies designated above within **thirty (30) days** from the date of this order. Any papers that Plaintiff files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that Plaintiff shall obtain and utilize the court-approved Complaint form (General Complaint), along with the applicable instructions, at www.cod.uscourts.gov. It is

FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiencies within **thirty (30) days** from the date of this order, the action will be dismissed without further notice. The dismissal shall be without prejudice. It is

FURTHER ORDERED that the "Motion for Service by U.S. Marshals Pursuant to 28 U.S.C. § 1915(d)" (ECF No. 4) is **denied** without prejudice as premature because this case is pending initial review as provided for under D.C.COLO.LCivR 8.1(a).

DATED March 26, 2025.

BY THE COURT:

Richard T. Gurley
United States Magistrate Judge