JS 44 (Rev. 08/18)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Sarah Grissom

**(b)** County of Residence of First Listed Plaintiff: **JEFFERSON COUNTY**
(EXCEPT IN U.S. PLAINTIFF CASES)

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Sarah Grissom 217-345-0615
6 Quail Run Drive, Charleston, IL 61920

## DEFENDANTS
Baldwin County, AL, John T. Grissom, Jack Carney, William Scully, Joshua Kesling, OBPD, BCSO, BCS Anthony Lowery, BC DHR, et al

County of Residence of First Listed Defendant: **BALDWIN COUNTY, AL**
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*
unknown

## II. BASIS OF JURISDICTION
☒ 3 Federal Question (U.S. Government Not a Party)

## III. CITIZENSHIP OF PRINCIPAL PARTIES
(For Diversity Cases Only)

## IV. NATURE OF SUIT
☒ 440 Other Civil Rights

## V. ORIGIN
☒ 1 Original Proceeding

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing: **42 U.S.C. § 1983**
Brief description of cause:
Constitutional violations under the First, Fourth, Fifth, Sixth, Eighth, and Fourteenth Amendments; VAWA, CAPTA,

## VII. REQUESTED IN COMPLAINT:
JURY DEMAND: ☒ No

## VIII. RELATED CASE(S) IF ANY
JUDGE: Hon. Judge Richard T. Gurley
DOCKET NUMBER: 1:25-cv-00895-RTG

DATE: 4-4-2025
SIGNATURE OF ATTORNEY OF RECORD: *Sarah Grissom*

FOR OFFICE USE ONLY
RECEIPT #    AMOUNT    APPLYING IFP    JUDGE    MAG. JUDGE