ELECTRONICALLY FILED
4/1/2025 10:35 AM
05-DR-2021-901303.07
CIRCUIT COURT OF
BALDWIN COUNTY, ALABAMA
BRENDA Q. GANEY, CLERK

## IN THE CIRCUIT COURT OF BALDWIN COUNTY, ALABAMA

| | |
|---|---|
| GRISSOM JOHN, Plaintiff, | ) ) ) |
| V. | ) Case No.: DR-2021-901303.07 ) |
| GRISSOM SARAH, Defendant. | ) ) ) |

EXHIBIT TRO 10B

## ORDER

MOTION TO VACATE OR MODIFY filed by GRISSOM SARAH is hereby DENIED.

**DONE this 1st day of April, 2025.**

/s/ **WILLIAM E. SCULLY JR**
**CIRCUIT JUDGE**