**Sarah Grissom**
5336 Bay Drive
Orange Beach, AL 36561
April 17, 2025

**U.S. Marshals Service**
District of Colorado
Alfred A. Arraj U.S. Courthouse
901 19th Street, Suite S108
Denver, CO 80294-3589



FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 05 2025

JEFFREY P. COLWELL
CLERK

---

**RE: Service Request – Grissom v. Baldwin County, Alabama, et al.**
**Case No.: 1:25-cv-00895-RTG – U.S. District Court, District of Colorado**

Dear U.S. Marshals Service,

Please find enclosed a summons and completed USM-285 form for each of the fifteen (15) named defendants in the above-captioned matter.

Plaintiff respectfully requests service of the following documents on each defendant:

- Ex Parte TRO (filed March 19, 2025)
- Urgent Amended TRO (filed April 4, 2025)
- Complaint (filed April 2, 2025)
- Amended Complaint (filed April 4, 2025)
- Summons

Plaintiff has submitted all necessary documents and forms to the Clerk of Court and is requesting that the Court generate and forward the service packets to your office pursuant to Rule 4(c)(3) of the Federal Rules of Civil Procedure.

The named defendants are:

1. Baldwin County, Alabama
2. Judge William Scully, in his official capacity
3. Joshua Gene Kesling
4. Olivia Newton
5. Kesling Law
6. Jason Keith Spry, in his personal and official capacity as GAL
7. Dr. Jack Carney
8. John T. Grissom
9. Orange Beach Police Department
10. City of Orange Beach
11. Baldwin County Sheriff's Office

12. Baldwin County Sheriff Anthony Lowery
13. Baldwin County Alabama Department of Human Services
14. State of Alabama Department of Human Services
15. Laurie Hoyt, in her official capacity as Assistant Attorney General for Alabama DHR

Thank you for your assistance.

Respectfully,
**Sarah Grissom**

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| SARAH GRISSOM | 1:25-cv-00895-RTG |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Baldwin County Commission | Summons, Complaint, and TRO |

**SERVE AT** {

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Baldwin County Commission

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
312 Courthouse Square, Suite 12Bay Minette, AL 36507

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| SARAH GRISSOM<br>6 QUAIL RUN DRIVE<br>CHARLESTON, IL 61920 | Number of process to be served with this Form 285 | 3 |
| | Number of parties to be served in this case | 15 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service)*:

Serve the County Administrator or an authorized representative at the Commission's office with summons, complaint, and TRO.

| Signature of Attorney other Originator requesting service on behalf of: *Sarah Grissom* | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>217-345-0615 | DATE<br>4/2/2025 |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | | | | | |

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date | Time | ☐ am<br>☐ pm |
|---|---|---|---|
| Address *(complete only different than shown above)* | | Signature of U.S. Marshal or Deputy | |

*Costs shown on **attached USMS Cost Sheet** >>*

REMARKS

Form USM-285
Rev. 03/21

# UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Case No. 1:25-cv-00895-RTG

SARAH GRISSOM, Plaintiff

v.

BALDWIN COUNTY, ALABAMA, JUDGE WILLIAM SCULLY, in his official capacity, JOSHUA GENE KESLING, OLIVIA NEWTON, KESLING LAW, JASON KEITH SPRY, in his personal and official capacity as GAL, DR. JACK CARNEY, JOHN T. GRISSOM, ORANGE BEACH POLICE DEPARTMENT, CITY OF ORANGE BEACH, BALDWIN COUNTY SHERIFF'S OFFICE, BALDWIN COUNTY SHERIFF ANTHONY LOWERY, BALDWIN COUNTY ALABAMA DEPARTMENT OF HUMAN SERVICES, STATE of ALABAMA DEPARTMENT OF HUMAN SERVICES, LAURIE HOYT, in her official capacity as assistant attorney general for Alabama DHR, Defendants.


SUMMONS IN A CIVIL ACTION

**To: Baldwin County Commission**
312 Courthouse Square, Suite 12
Bay Minette, AL 36507


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint, motion, or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff, whose name and contact information are:

Sarah Grissom
Email: grissomsarah22@gmail.com
Phone: (217) 345-0615


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: _____

CLERK OF COURT

By: _____
        Deputy Clerk

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| SARAH GRISSOM | 1:25-cv-00895-RTG |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Laurie Hoyt, in her official capacity as Assistant Attorney General for Alabama DHR | Summons, Complaint, and TRO |

**SERVE AT** {

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Laurie Hoyt, in her official capacity as Assistant Attorney General for Alabama DHR

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
22259 Palmer StreetRobertsdale, AL 36567

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| SARAH GRISSOM<br>6 QUAIL RUN DRIVE<br>CHARLESTON, IL 61920 | Number of process to be served with this Form 285 | 3 |
| | Number of parties to be served in this case | 15 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service)*:

Serve at the Baldwin County DHR office during business hours with summons, complaint, and TRO.

| Signature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>217-345-0615 | DATE<br>4/2/2025 |
|---|---|---|---|
| *Sarah Grissom* | | | |

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | | | | | |

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | | Date | Time | ☐ am<br>☐ pm |
|---|---|---|---|---|
| Address *(complete only different than shown above)* | | Signature of U.S. Marshal or Deputy | | |

*Costs shown on **attached USMS Cost Sheet** >>*

REMARKS

Form USM-285
Rev. 03/21

# UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Case No. 1:25-cv-00895-RTG

SARAH GRISSOM, Plaintiff

v.

BALDWIN COUNTY, ALABAMA, JUDGE WILLIAM SCULLY, in his official capacity, JOSHUA GENE KESLING, OLIVIA NEWTON, KESLING LAW, JASON KEITH SPRY, in his personal and official capacity as GAL, DR. JACK CARNEY, JOHN T. GRISSOM, ORANGE BEACH POLICE DEPARTMENT, CITY OF ORANGE BEACH, BALDWIN COUNTY SHERIFF'S OFFICE, BALDWIN COUNTY SHERIFF ANTHONY LOWERY, BALDWIN COUNTY ALABAMA DEPARTMENT OF HUMAN SERVICES, STATE of ALABAMA DEPARTMENT OF HUMAN SERVICES, LAURIE HOYT, in her official capacity as assistant attorney general for Alabama DHR, Defendants.


SUMMONS IN A CIVIL ACTION

**To: Laurie Hoyt, in her official capacity as Assistant Attorney General for DHR**
Baldwin County Department of Human Resources
22259 Palmer Street
Robertsdale, AL 36567


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint, motion, or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff, whose name and contact information are:

Sarah Grissom
Email: grissomsarah22@gmail.com
Phone: (217) 345-0615

If you fail to respond, judgment by default will be entered against you for the relief

demanded in the complaint. You also must file your answer or motion with the court.


Date: _____

CLERK OF COURT

By: _____
          Deputy Clerk

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| SARAH GRISSOM | 1:25-cv-00895-RTG |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| State of Alabama Department of Human Resources | Summons, Complaint, and TRO |

**SERVE AT** {

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
State of Alabama Department of Human Resources

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
50 N. Ripley St.Montgomery, AL 36130

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| SARAH GRISSOM<br>6 QUAIL RUN DRIVE<br>CHARLESTON, IL 61920 | Number of process to be served with this Form 285 | 3 |
| | Number of parties to be served in this case | 15 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service)*:

Serve the Commissioner or an authorized representative at the state office. with summons, complaint, and TRO.

| Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|
| *Sarah Grissom* | 217-345-0615 | 4/2/2025 |

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | | | | | |

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date | Time | ☐ am ☐ pm |
|---|---|---|---|
| | | | |

| Address *(complete only different than shown above)* | Signature of U.S. Marshal or Deputy |
|---|---|
| | |

*Costs shown on __attached USMS Cost Sheet__ >>*

REMARKS

Form USM-285
Rev. 03/21

# UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Case No. 1:25-cv-00895-RTG

SARAH GRISSOM, Plaintiff

v.

BALDWIN COUNTY, ALABAMA, JUDGE WILLIAM SCULLY, in his official capacity, JOSHUA GENE KESLING, OLIVIA NEWTON, KESLING LAW, JASON KEITH SPRY, in his personal and official capacity as GAL, DR. JACK CARNEY, JOHN T. GRISSOM, ORANGE BEACH POLICE DEPARTMENT, CITY OF ORANGE BEACH, BALDWIN COUNTY SHERIFF'S OFFICE, BALDWIN COUNTY SHERIFF ANTHONY LOWERY, BALDWIN COUNTY ALABAMA DEPARTMENT OF HUMAN SERVICES, STATE of ALABAMA DEPARTMENT OF HUMAN SERVICES, LAURIE HOYT, in her official capacity as assistant attorney general for Alabama DHR, Defendants.

SUMMONS IN A CIVIL ACTION

**To: State of Alabama Department of Human Resources**
50 N. Ripley St.
Montgomery, AL 36130

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint, motion, or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff, whose name and contact information are:

Sarah Grissom
Email: grissomsarah22@gmail.com
Phone: (217) 345-0615

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: _____

CLERK OF COURT

By: _____
        Deputy Clerk

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| SARAH GRISSOM | 1:25-cv-00895-RTG |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Baldwin County Alabama Department of Human Resources | Summons, Complaint, and TRO |

**SERVE AT** {

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Baldwin County Alabama Department of Human Resources

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
22259 Palmer StreetRobertsdale, AL 36567

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| SARAH GRISSOM<br>6 QUAIL RUN DRIVE<br>CHARLESTON, IL 61920 | Number of process to be served with this Form 285 | 3 |
| | Number of parties to be served in this case | 15 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Serve the Director or an authorized representative at the county office with summons, complaint, and TRO.

| Signature of Attorney other Originator requesting service on behalf of: *Sarah Grissom*  ☒ PLAINTIFF  ☐ DEFENDANT | TELEPHONE NUMBER<br>217-345-0615 | DATE<br>4/2/2025 |
|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | | | | | |

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date | Time | ☐ am<br>☐ pm |
|---|---|---|---|
| | | | |

| Address *(complete only different than shown above)* | Signature of U.S. Marshal or Deputy |
|---|---|
| | |

*Costs shown on attached USMS Cost Sheet >>*

REMARKS

Form USM-285
Rev. 03/21

# UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Case No. 1:25-cv-00895-RTG

SARAH GRISSOM, Plaintiff
v.
BALDWIN COUNTY, ALABAMA, JUDGE WILLIAM SCULLY, in his official
capacity, JOSHUA GENE KESLING, OLIVIA NEWTON, KESLING LAW, JASON
KEITH SPRY, in his personal and official capacity as GAL, DR. JACK CARNEY,
JOHN T. GRISSOM, ORANGE BEACH POLICE DEPARTMENT, CITY OF
ORANGE BEACH, BALDWIN COUNTY SHERIFF'S OFFICE,
BALDWIN COUNTY SHERIFF ANTHONY LOWERY, BALDWIN COUNTY
ALABAMA DEPARTMENT OF HUMAN SERVICES, STATE of ALABAMA
DEPARTMENT OF HUMAN SERVICES, LAURIE HOYT, in her official capacity as
assistant attorney general for Alabama DHR, Defendants.

SUMMONS IN A CIVIL ACTION

**To: Baldwin County Alabama Department of Human Resources**
22259 Palmer Street
Robertsdale, AL 36567

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received
it), you must serve on the plaintiff an answer to the attached complaint, motion, or a
motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion
must be served on the plaintiff, whose name and contact information are:

Sarah Grissom
Email: grissomsarah22@gmail.com
Phone: (217) 345-0615

If you fail to respond, judgment by default will be entered against you for the relief
demanded in the complaint. You also must file your answer or motion with the court.

Date: _____

CLERK OF COURT

By: _____
        Deputy Clerk

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| SARAH GRISSOM | 1:25-cv-00895-RTG |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Baldwin County Sheriff Anthony Lowery | Summons, Complaint, and TRO |

**SERVE AT** { 

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Baldwin County Sheriff Anthony Lowery

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
320 N. Hoyle Ave.Bay Minette, AL 36507

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| SARAH GRISSOM<br>6 QUAIL RUN DRIVE<br>CHARLESTON, IL 61920 | Number of process to be served with this Form 285 | 3 |
| | Number of parties to be served in this case | 15 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service)*:

Personal service required. Serve at the Sheriff's Office during business hours with summons, complaint, and TRO.

| Signature of Attorney other Originator requesting service on behalf of: *Sarah Grissom* | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>217-345-0615 | DATE<br>4/2/2025 |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | | | | | |

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date | Time | ☐ am<br>☐ pm |
|---|---|---|---|
| Address *(complete only different than shown above)* | | Signature of U.S. Marshal or Deputy | |

*Costs shown on **attached USMS Cost Sheet** >>*

REMARKS

Form USM-285
Rev. 03/21

# UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Case No. 1:25-cv-00895-RTG

SARAH GRISSOM, Plaintiff
v.
BALDWIN COUNTY, ALABAMA, JUDGE WILLIAM SCULLY, in his official capacity, JOSHUA GENE KESLING, OLIVIA NEWTON, KESLING LAW, JASON KEITH SPRY, in his personal and official capacity as GAL, DR. JACK CARNEY, JOHN T. GRISSOM, ORANGE BEACH POLICE DEPARTMENT, CITY OF ORANGE BEACH, BALDWIN COUNTY SHERIFF'S OFFICE, BALDWIN COUNTY SHERIFF ANTHONY LOWERY, BALDWIN COUNTY ALABAMA DEPARTMENT OF HUMAN SERVICES, STATE of ALABAMA DEPARTMENT OF HUMAN SERVICES, LAURIE HOYT, in her official capacity as assistant attorney general for Alabama DHR, Defendants.


SUMMONS IN A CIVIL ACTION

**To: Baldwin County Sheriff Anthony Lowery**
320 N. Hoyle Ave.
Bay Minette, AL 36507


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint, motion, or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff, whose name and contact information are:

Sarah Grissom
Email: grissomsarah22@gmail.com
Phone: (217) 345-0615

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: _____

CLERK OF COURT

By: _____
           Deputy Clerk

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| SARAH GRISSOM | 1:25-cv-00895-RTG |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Baldwin County Sheriff's Office | Summons, Complaint, and TRO |

**SERVE AT** {

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Baldwin County Sheriff's Office

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
320 N. Hoyle Ave.Bay Minette, AL 36507

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| SARAH GRISSOM<br>6 QUAIL RUN DRIVE<br>CHARLESTON, IL 61920 | Number of process to be served with this Form 285 | 3 |
| | Number of parties to be served in this case | 15 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Serve the Sheriff or an authorized representative at the Sheriff's Office.

| Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|
| *Sarah Grissom* | 217-345-0615 | 4/2/2025 |

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY – DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | | | | | |

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date | Time | ☐ am ☐ pm |
|---|---|---|---|
| | | | |

| Address *(complete only different than shown above)* | Signature of U.S. Marshal or Deputy |
|---|---|
| | |

*Costs shown on attached USMS Cost Sheet >>*

REMARKS

Form USM-285
Rev. 03/21

# UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Case No. 1:25-cv-00895-RTG

SARAH GRISSOM, Plaintiff
v.
BALDWIN COUNTY, ALABAMA, JUDGE WILLIAM SCULLY, in his official capacity, JOSHUA GENE KESLING, OLIVIA NEWTON, KESLING LAW, JASON KEITH SPRY, in his personal and official capacity as GAL, DR. JACK CARNEY, JOHN T. GRISSOM, ORANGE BEACH POLICE DEPARTMENT, CITY OF ORANGE BEACH, BALDWIN COUNTY SHERIFF'S OFFICE, BALDWIN COUNTY SHERIFF ANTHONY LOWERY, BALDWIN COUNTY ALABAMA DEPARTMENT OF HUMAN SERVICES, STATE of ALABAMA DEPARTMENT OF HUMAN SERVICES, LAURIE HOYT, in her official capacity as assistant attorney general for Alabama DHR, Defendants.


SUMMONS IN A CIVIL ACTION

**To: Baldwin County Sheriff's Office**
320 N. Hoyle Ave.
Bay Minette, AL 36507


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint, motion, or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff, whose name and contact information are:

Sarah Grissom
Email: grissomsarah22@gmail.com
Phone: (217) 345-0615

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: _____

CLERK OF COURT

By: _____
        Deputy Clerk

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF<br>SARAH GRISSOM | COURT CASE NUMBER<br>1:25-cv-00895-RTG |
|---|---|
| DEFENDANT<br>City of Orange Beach | TYPE OF PROCESS<br>Summons, Complaint, and TRO |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
City of Orange Beach

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
4099 Orange Beach Blvd., Orange Beach, AL, 36561

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| SARAH GRISSOM<br>6 QUAIL RUN DRIVE<br>CHARLESTON, IL 61920 | Number of process to be served with this Form 285 | 3 |
| | Number of parties to be served in this case | 15 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Serve the City Clerk or an authorized representative at City Hall with the associated Motion for Temporary Restraining Order (TRO) filed 3/19/2025, this complaint, and the summons.

| Signature of Attorney other Originator requesting service on behalf of:<br>*Sarah Grissom*<br>☒ PLAINTIFF  ☐ DEFENDANT | TELEPHONE NUMBER<br>217-345-0615 | DATE<br>4/2/2025 |
|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | | | | | |

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date | Time | ☐ am<br>☐ pm |
|---|---|---|---|
| Address *(complete only different than shown above)* | | Signature of U.S. Marshal or Deputy | |

*Costs shown on attached USMS Cost Sheet >>*

REMARKS

Form USM-285
Rev. 03/21

# UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Case No. 1:25-cv-00895-RTG

SARAH GRISSOM, Plaintiff

v.

BALDWIN COUNTY, ALABAMA, JUDGE WILLIAM SCULLY, in his official capacity, JOSHUA GENE KESLING, OLIVIA NEWTON, KESLING LAW, JASON KEITH SPRY, in his personal and official capacity as GAL, DR. JACK CARNEY, JOHN T. GRISSOM, ORANGE BEACH POLICE DEPARTMENT, CITY OF ORANGE BEACH, BALDWIN COUNTY SHERIFF'S OFFICE, BALDWIN COUNTY SHERIFF ANTHONY LOWERY, BALDWIN COUNTY ALABAMA DEPARTMENT OF HUMAN SERVICES, STATE of ALABAMA DEPARTMENT OF HUMAN SERVICES, LAURIE HOYT, in her official capacity as assistant attorney general for Alabama DHR, Defendants.

SUMMONS IN A CIVIL ACTION

**To: City of Orange Beach**
4099 Orange Beach Boulevard
Orange Beach, AL 36561

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint, motion, or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff, whose name and contact information are:

Sarah Grissom
Email: grissomsarah22@gmail.com
Phone: (217) 345-0615

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: _____

CLERK OF COURT

By: _____
      Deputy Clerk

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF<br>SARAH GRISSOM | COURT CASE NUMBER<br>1:25-cv-00895-RTG |
|---|---|
| DEFENDANT<br>Orange Beach Police Department | TYPE OF PROCESS<br>Summons, Complaint, and TRO |

**SERVE AT** {

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Orange Beach Police Department

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
4480 Orange Beach Blvd., Orange Beach, AL, 36561

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| SARAH GRISSOM<br>6 QUAIL RUN DRIVE<br>CHARLESTON, IL 61920 | Number of process to be<br>served with this Form 285 | 3 |
| | Number of parties to be<br>served in this case | 15 |
| | Check for service<br>on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service)*:

Serve the Chief of Police or an authorized representative at the department's headquarters with the associated Motion for Temporary Restraining Order (TRO) filed 3/19/2025, this complaint, and the summons.

| Signature of Attorney other Originator requesting service on behalf of: *Sarah Grissom*  ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>217-345-0615 | DATE<br>4/2/2025 |
|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated.<br>*(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin<br>No. | District to Serve<br>No. | Signature of Authorized USMS Deputy or Clerk | | Date |
|---|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date | Time | ☐ am<br>☐ pm |
|---|---|---|---|
| Address *(complete only different than shown above)* | Signature of U.S. Marshal or Deputy | | |

*Costs shown on __attached USMS Cost Sheet__ >>*

REMARKS

# UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Case No. 1:25-cv-00895-RTG

SARAH GRISSOM, Plaintiff
v.
BALDWIN COUNTY, ALABAMA, JUDGE WILLIAM SCULLY, in his official capacity, JOSHUA GENE KESLING, OLIVIA NEWTON, KESLING LAW, JASON KEITH SPRY, in his personal and official capacity as GAL, DR. JACK CARNEY, JOHN T. GRISSOM, ORANGE BEACH POLICE DEPARTMENT, CITY OF ORANGE BEACH, BALDWIN COUNTY SHERIFF'S OFFICE, BALDWIN COUNTY SHERIFF ANTHONY LOWERY, BALDWIN COUNTY ALABAMA DEPARTMENT OF HUMAN SERVICES, STATE of ALABAMA DEPARTMENT OF HUMAN SERVICES, LAURIE HOYT, in her official capacity as assistant attorney general for Alabama DHR, Defendants.

SUMMONS IN A CIVIL ACTION

**To: Orange Beach Police Department**
4480 Orange Beach Boulevard
Orange Beach, AL 36561

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint, motion, or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff, whose name and contact information are:

Sarah Grissom
Email: grissomsarah22@gmail.com
Phone: (217) 345-0615

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: _____

CLERK OF COURT

By: _____
        Deputy Clerk

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF<br>SARAH GRISSOM | COURT CASE NUMBER<br>1:25-cv-00895-RTG |
|---|---|
| DEFENDANT<br>JOHN T. GRISSOM | TYPE OF PROCESS<br>Summons, Complaint, and TRO |

**SERVE AT** { NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
John Grissom

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
6902 Summerset Drive, Gulf Shores, AL 36562

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| SARAH GRISSOM<br>6 QUAIL RUN DRIVE<br>CHARLESTON, IL 61920 | Number of process to be served with this Form 285 | 3 |
| | Number of parties to be served in this case | 15 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Personal service required. Additional efforts may be necessary to locate and serve this individual with the associated Motion for Temporary Restraining Order (TRO) filed 3/19/2025, this complaint, and the summons.

| Signature of Attorney other Originator requesting service on behalf of:  *Sarah Grissom*  ☒ PLAINTIFF  ☐ DEFENDANT | TELEPHONE NUMBER<br>217-345-0615 | DATE<br>4/2/2025 |
|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin No. _____ | District to Serve No. _____ | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | | | | | |

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date | Time | ☐ am<br>☐ pm |
|---|---|---|---|
| | | | |

| Address *(complete only different than shown above)* | Signature of U.S. Marshal or Deputy |
|---|---|
| | |

*Costs shown on **attached USMS Cost Sheet** >>*

REMARKS

# UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Case No. 1:25-cv-00895-RTG

SARAH GRISSOM, Plaintiff
v.
BALDWIN COUNTY, ALABAMA, JUDGE WILLIAM SCULLY, in his official
capacity, JOSHUA GENE KESLING, OLIVIA NEWTON, KESLING LAW, JASON
KEITH SPRY, in his personal and official capacity as GAL, DR. JACK CARNEY,
JOHN T. GRISSOM, ORANGE BEACH POLICE DEPARTMENT, CITY OF
ORANGE BEACH, BALDWIN COUNTY SHERIFF'S OFFICE,
BALDWIN COUNTY SHERIFF ANTHONY LOWERY, BALDWIN COUNTY
ALABAMA DEPARTMENT OF HUMAN SERVICES, STATE of ALABAMA
DEPARTMENT OF HUMAN SERVICES, LAURIE HOYT, in her official capacity as
assistant attorney general for Alabama DHR, Defendants.

SUMMONS IN A CIVIL ACTION

**To: John Grissom**
**6902 Summerset Drive**
**Gulf Shores, AL 36562**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received
it), you must serve on the plaintiff an answer to the attached complaint, motion, or a
motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion
must be served on the plaintiff, whose name and contact information are:

Sarah Grissom
Email: grissomsarah22@gmail.com
Phone: (217) 345-0615

If you fail to respond, judgment by default will be entered against you for the relief
demanded in the complaint. You also must file your answer or motion with the court.

Date: _____

CLERK OF COURT

By: _____

          Deputy Clerk

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF<br>SARAH GRISSOM | COURT CASE NUMBER<br>1:25-cv-00895-RTG |
|---|---|
| DEFENDANT<br>Dr. Jack Carney | TYPE OF PROCESS<br>Summons, Complaint, and TRO |

**SERVE AT** {

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Dr. Jack Carney, CLARITY HEALTH LLC

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
2054 Dauphin StreetMobile, AL 36606

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | |
|---|---|
| SARAH GRISSOM<br>6 QUAIL RUN DRIVE<br>CHARLESTON, IL 61920 | Number of process to be served with this Form 285 — **3** |
| | Number of parties to be served in this case — **15** |
| | Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Serve at his medical practice during business hours with the associated Motion for Temporary Restraining Order (TRO) filed 3/19/2025, this complaint, and the summons.

| Signature of Attorney other Originator requesting service on behalf of: *Sarah Grissom* | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>217-345-0615 | DATE<br>4/2/2025 |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date | Time | ☐ am<br>☐ pm |
|---|---|---|---|
| Address *(complete only different than shown above)* | | Signature of U.S. Marshal or Deputy | |

*Costs shown on attached USMS Cost Sheet >>*

REMARKS

Form USM-285
Rev. 03/21

# UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Case No. 1:25-cv-00895-RTG

SARAH GRISSOM, Plaintiff
v.
BALDWIN COUNTY, ALABAMA, JUDGE WILLIAM SCULLY, in his official capacity, JOSHUA GENE KESLING, OLIVIA NEWTON, KESLING LAW, JASON KEITH SPRY, in his personal and official capacity as GAL, DR. JACK CARNEY, JOHN T. GRISSOM, ORANGE BEACH POLICE DEPARTMENT, CITY OF ORANGE BEACH, BALDWIN COUNTY SHERIFF'S OFFICE, BALDWIN COUNTY SHERIFF ANTHONY LOWERY, BALDWIN COUNTY ALABAMA DEPARTMENT OF HUMAN SERVICES, STATE of ALABAMA DEPARTMENT OF HUMAN SERVICES, LAURIE HOYT, in her official capacity as assistant attorney general for Alabama DHR, Defendants.

SUMMONS IN A CIVIL ACTION

**To: Dr. Jack Carney**
Clarity Health LLC
2054 Dauphin Street
Mobile, AL 36606

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint, motion, or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff, whose name and contact information are:

Sarah Grissom
Email: grissomsarah22@gmail.com
Phone: (217) 345-0615

If you fail to respond, judgment by default will be entered against you for the relief

demanded in the complaint. You also must file your answer or motion with the court.

Date: _____

CLERK OF COURT

By: _____
       Deputy Clerk

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF<br>SARAH GRISSOM | COURT CASE NUMBER<br>1:25-cv-00895-RTG |
|---|---|
| DEFENDANT<br>Jason Keith Spry, in his personal and official capacity as GAL | TYPE OF PROCESS<br>Summons, Complaint, and TRO |

| SERVE AT { | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN<br>Law Office of Jason K. Spry |
|---|---|
| | ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*<br>602 Nichols AveFairhope, AL 36532 |

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| SARAH GRISSOM<br>6 QUAIL RUN DRIVE<br>CHARLESTON, IL 61920 | Number of process to be served with this Form 285 | 3 |
| | Number of parties to be served in this case | 15 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service)*:

Serve at his law office during business hours with the associated Motion for Temporary Restraining Order (TRO) filed 3/19/2025, this complaint, and the summons.

| Signature of Attorney other Originator requesting service on behalf of: *Sarah Grissom* | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>217-345-0615 | DATE<br>4/2/2025 |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin<br>No. | District to Serve<br>No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date | Time | ☐ am<br>☐ pm |
|---|---|---|---|
| Address *(complete only different than shown above)* | | Signature of U.S. Marshal or Deputy | |

*Costs shown on attached USMS Cost Sheet >>*

REMARKS

Form USM-285
Rev. 03/21

# UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Case No. 1:25-cv-00895-RTG

SARAH GRISSOM, Plaintiff

v.

BALDWIN COUNTY, ALABAMA, JUDGE WILLIAM SCULLY, in his official capacity, JOSHUA GENE KESLING, OLIVIA NEWTON, KESLING LAW, JASON KEITH SPRY, in his personal and official capacity as GAL, DR. JACK CARNEY, JOHN T. GRISSOM, ORANGE BEACH POLICE DEPARTMENT, CITY OF ORANGE BEACH, BALDWIN COUNTY SHERIFF'S OFFICE, BALDWIN COUNTY SHERIFF ANTHONY LOWERY, BALDWIN COUNTY ALABAMA DEPARTMENT OF HUMAN SERVICES, STATE of ALABAMA DEPARTMENT OF HUMAN SERVICES, LAURIE HOYT, in her official capacity as assistant attorney general for Alabama DHR, Defendants.

SUMMONS IN A CIVIL ACTION

**To: Jason Keith Spry, in his personal and official capacity as GAL**
Law Office of Jason K. Spry
602 Nichols Ave
Fairhope, AL 36532

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint, motion, or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff, whose name and contact information are:

Sarah Grissom
Email: grissomsarah22@gmail.com
Phone: (217) 345-0615

If you fail to respond, judgment by default will be entered against you for the relief

demanded in the complaint. You also must file your answer or motion with the court.


Date: _____

CLERK OF COURT

By: _____
        Deputy Clerk

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| SARAH GRISSOM | 1:25-cv-00895-RTG |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| KESLING LAW FIRM | Summons, Complaint, and TRO |

**SERVE AT** {

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Kesling Law Firm

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
24821 Commercial Ave, Suite 5Orange Beach, AL 36561

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| SARAH GRISSOM<br>6 QUAIL RUN DRIVE<br>CHARLESTON, IL 61920 | Number of process to be served with this Form 285 | 3 |
| | Number of parties to be served in this case | 15 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service)*:

Serve the registered agent or managing partner with the associated Motion for Temporary Restraining Order (TRO) filed 3/19/2025, this complaint, and the summons.

| Signature of Attorney other Originator requesting service on behalf of:   *Sarah Grissom*  ☒ PLAINTIFF  ☐ DEFENDANT | TELEPHONE NUMBER<br>217-345-0615 | DATE<br>4/2/2025 |
|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | | | | | |

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date | Time | ☐ am<br>☐ pm |
|---|---|---|---|
| | | | |

| Address *(complete only different than shown above)* | Signature of U.S. Marshal or Deputy |
|---|---|
| | |

*Costs shown on __attached USMS Cost Sheet__ >>*

REMARKS

Form USM-285
Rev. 03/21

# UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Case No. 1:25-cv-00895-RTG

SARAH GRISSOM, Plaintiff
v.
BALDWIN COUNTY, ALABAMA, JUDGE WILLIAM SCULLY, in his official capacity, JOSHUA GENE KESLING, OLIVIA NEWTON, KESLING LAW, JASON KEITH SPRY, in his personal and official capacity as GAL, DR. JACK CARNEY, JOHN T. GRISSOM, ORANGE BEACH POLICE DEPARTMENT, CITY OF ORANGE BEACH, BALDWIN COUNTY SHERIFF'S OFFICE, BALDWIN COUNTY SHERIFF ANTHONY LOWERY, BALDWIN COUNTY ALABAMA DEPARTMENT OF HUMAN SERVICES, STATE of ALABAMA DEPARTMENT OF HUMAN SERVICES, LAURIE HOYT, in her official capacity as assistant attorney general for Alabama DHR, Defendants.


SUMMONS IN A CIVIL ACTION

**To: Kesling Law Firm**
24821 Commercial Ave, Suite 5
Orange Beach, AL 36561


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint, motion, or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff, whose name and contact information are:

Sarah Grissom
Email: grissomsarah22@gmail.com
Phone: (217) 345-0615


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: _____

CLERK OF COURT

By: _____
       Deputy Clerk

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF<br>SARAH GRISSOM | COURT CASE NUMBER<br>1:25-cv-00895-RTG |
|---|---|
| DEFENDANT<br>Olivia Newton | TYPE OF PROCESS<br>Summons, Complaint, and TRO |

| **SERVE AT** | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN<br>Olivia Newton, Kesling Law Firm |
|---|---|
| | ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*<br>24821 Commercial Ave, Suite 5Orange Beach, AL 36561 |

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| SARAH GRISSOM<br>6 QUAIL RUN DRIVE<br>CHARLESTON, IL 61920 | Number of process to be served with this Form 285 | 3 |
| | Number of parties to be served in this case | 15 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Serve at her law office during business hours with the associated Motion for Temporary Restraining Order (TRO) filed 3/19/2025, this complaint, and the summons.

| Signature of Attorney other Originator requesting service on behalf of:  *Sarah Grissom*  ☒ PLAINTIFF  ☐ DEFENDANT | TELEPHONE NUMBER<br>217-345-0615 | DATE<br>4/2/2025 |
|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated.<br>*(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin<br>No. _____ | District to Serve<br>No. _____ | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date | Time | ☐ am<br>☐ pm |
|---|---|---|---|
| Address *(complete only different than shown above)* | | Signature of U.S. Marshal or Deputy | |

*Costs shown on attached USMS Cost Sheet >>*

REMARKS

Form USM-285
Rev. 03/21

# UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Case No. 1:25-cv-00895-RTG

SARAH GRISSOM, Plaintiff

v.

BALDWIN COUNTY, ALABAMA, JUDGE WILLIAM SCULLY, in his official capacity, JOSHUA GENE KESLING, OLIVIA NEWTON, KESLING LAW, JASON KEITH SPRY, in his personal and official capacity as GAL, DR. JACK CARNEY, JOHN T. GRISSOM, ORANGE BEACH POLICE DEPARTMENT, CITY OF ORANGE BEACH, BALDWIN COUNTY SHERIFF'S OFFICE, BALDWIN COUNTY SHERIFF ANTHONY LOWERY, BALDWIN COUNTY ALABAMA DEPARTMENT OF HUMAN SERVICES, STATE of ALABAMA DEPARTMENT OF HUMAN SERVICES, LAURIE HOYT, in her official capacity as assistant attorney general for Alabama DHR, Defendants.

SUMMONS IN A CIVIL ACTION

**To: Olivia Newton**
Kesling Law Firm
24821 Commercial Ave, Suite 5
Orange Beach, AL 36561

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint, motion, or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff, whose name and contact information are:

Sarah Grissom
Email: grissomsarah22@gmail.com
Phone: (217) 345-0615

If you fail to respond, judgment by default will be entered against you for the relief

demanded in the complaint. You also must file your answer or motion with the court.


Date: _____

CLERK OF COURT

By: _____
      Deputy Clerk

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF SARAH GRISSOM | COURT CASE NUMBER 1:25-cv-00895-RTG |
|---|---|
| DEFENDANT Joshua Gene Kesling | TYPE OF PROCESS Summons, Complaint, and TRO |

**SERVE AT** {

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Joshua Gene Kesling, Kesling Law Firm

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
24821 Commercial Ave, Suite 5Orange Beach, AL 36561

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| SARAH GRISSOM 6 QUAIL RUN DRIVE CHARLESTON, IL 61920 | Number of process to be served with this Form 285 | 3 |
| | Number of parties to be served in this case | 15 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Serve at his law office during business hours with the associated Motion for Temporary Restraining Order (TRO) filed 3/19/2025, this complaint, and the summons.

| Signature of Attorney other Originator requesting service on behalf of: *Sarah Grissom* | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER 217-345-0615 | DATE 4/2/2025 |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin No. _____ | District to Serve No. _____ | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | | Date | Time | ☐ am ☐ pm |
|---|---|---|---|---|
| Address *(complete only different than shown above)* | | Signature of U.S. Marshal or Deputy | | |

*Costs shown on attached USMS Cost Sheet >>*

REMARKS

Form USM-285
Rev. 03/21

# UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Case No. 1:25-cv-00895-RTG

SARAH GRISSOM, Plaintiff
v.
BALDWIN COUNTY, ALABAMA, JUDGE WILLIAM SCULLY, in his official
capacity, JOSHUA GENE KESLING, OLIVIA NEWTON, KESLING LAW, JASON
KEITH SPRY, in his personal and official capacity as GAL, DR. JACK CARNEY,
JOHN T. GRISSOM, ORANGE BEACH POLICE DEPARTMENT, CITY OF
ORANGE BEACH, BALDWIN COUNTY SHERIFF'S OFFICE,
BALDWIN COUNTY SHERIFF ANTHONY LOWERY, BALDWIN COUNTY
ALABAMA DEPARTMENT OF HUMAN SERVICES, STATE of ALABAMA
DEPARTMENT OF HUMAN SERVICES, LAURIE HOYT, in her official capacity as
assistant attorney general for Alabama DHR, Defendants.


SUMMONS IN A CIVIL ACTION

**To: Joshua Gene Kesling**
Kesling Law Firm
24821 Commercial Ave, Suite 5
Orange Beach, AL 36561


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received
it), you must serve on the plaintiff an answer to the attached complaint, motion, or a
motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion
must be served on the plaintiff, whose name and contact information are:

Sarah Grissom
Email: grissomsarah22@gmail.com
Phone: (217) 345-0615

If you fail to respond, judgment by default will be entered against you for the relief

demanded in the complaint. You also must file your answer or motion with the court.


Date: _____

CLERK OF COURT

By: _____
        Deputy Clerk

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| | |
|---|---|
| PLAINTIFF<br>SARAH GRISSOM | COURT CASE NUMBER<br>1:25-cv-00895-RTG |
| DEFENDANT<br>Judge William Scully, in his official capacity | TYPE OF PROCESS<br>Summons, Complaint, and TRO |

**SERVE AT** { 
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
**Judge William Scully**

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
**312 COURTHOUSE SQUARE  BAY MINETTE, AL 36507**

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| SARAH GRISSOM<br>6 QUAIL RUN DRIVE<br>CHARLESTON, IL 61920 | Number of process to be served with this Form 285 | 3 |
| | Number of parties to be served in this case | 15 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service)*:

Personal service required. Coordinate with courthouse security or administrative staff to facilitate proper service with the associated Motion for Temporary Restraining Order (TRO) filed 3/19/2025, this complaint, and the summons.

| Signature of Attorney other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT<br>*Sarah Grissom* | TELEPHONE NUMBER<br>217-345-0615 | DATE<br>4/2/2025 |
|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin<br>No. ____ | District to Serve<br>No. ____ | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date | Time | ☐ am<br>☐ pm |
|---|---|---|---|
| Address *(complete only different than shown above)* | | Signature of U.S. Marshal or Deputy | |

*Costs shown on attached USMS Cost Sheet >>*

REMARKS

Form USM-285
Rev. 03/21

# UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Case No. 1:25-cv-00895-RTG

SARAH GRISSOM, Plaintiff
v.
BALDWIN COUNTY, ALABAMA, JUDGE WILLIAM SCULLY, in his official
capacity, JOSHUA GENE KESLING, OLIVIA NEWTON, KESLING LAW, JASON
KEITH SPRY, in his personal and official capacity as GAL, DR. JACK CARNEY,
JOHN T. GRISSOM, ORANGE BEACH POLICE DEPARTMENT, CITY OF
ORANGE BEACH, BALDWIN COUNTY SHERIFF'S OFFICE,
BALDWIN COUNTY SHERIFF ANTHONY LOWERY, BALDWIN COUNTY
ALABAMA DEPARTMENT OF HUMAN SERVICES, STATE of ALABAMA
DEPARTMENT OF HUMAN SERVICES, LAURIE HOYT, in her official capacity as
assistant attorney general for Alabama DHR, Defendants.


SUMMONS IN A CIVIL ACTION

**To: Judge William Scully, in his official capacity**
Baldwin County Courthouse
312 Courthouse Square
Bay Minette, AL 36507


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received
it), you must serve on the plaintiff an answer to the attached complaint, motion, or a
motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion
must be served on the plaintiff, whose name and contact information are:

Sarah Grissom
Email: grissomsarah22@gmail.com
Phone: (217) 345-0615

If you fail to respond, judgment by default will be entered against you for the relief

demanded in the complaint. You also must file your answer or motion with the court.


Date: _____

CLERK OF COURT

By: _____
        Deputy Clerk

# US Marshal Packet

- USM · 285 forms
- Summons



**ReadyP**

U.S. POSTAGE PAID
USPS Ground Advtg
ORANGE BEACH, AL 36561
APR 28, 2025
$14.40
S9324M503456-99
RDC 01
Retail
2 Lb 2.80 Oz
B0294

SARAH GRISSOM
5336 BAY DRIVE
ORANGE BEACH, AL 36561

TO:
US DISTRICT COURT CLERK
901 19th STREET
DENVER, CO 80294


USPS TRACKING® #
9534 6111 5042 6118 7081 55

FROM:

10 1/2" x 16"

93100171
Bubble Mailer
10 1/2" x 16"



Your Way

Pack.

Ship.

™ for Shipping Supplies & Services

UNITED STATES
POSTAL SERVICE®

ost.